IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SAGE PINA,<br><br>        Plaintiff,<br><br>v.<br><br>SHAMAN BOTANICALS, LLC<br><br>        Defendant. | Case No. 4:21-cv-00772-WBG |

**DEFENDANT SHAMAN BOTANICALS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Shaman Botanicals, LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, states that it has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

**THE PORTO LAW FIRM**

By: _/s/ Nicholas J. Porto_
    Nicholas J. Porto    MO #56938
    1616 West 45th Street
    Kansas City, Missouri 64111
    Telephone: 816.463.2311
    Facsimile:  816.463.9567
    nporto@portolaw.com

**KRIGEL AND KRIGEL, P.C.**

By: _/s/ Stephen J. Moore_
    Stephen J. Moore    MO #59080
    4520 Main Street, Suite 700
    Kansas City, Missouri 64111
    Telephone: 816.756.5800
    Facsimile:  816.756.1999
    sjmoore@krigelandkrigel.com

*Attorneys for Defendant Shaman Botanicals, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed this 30th day of December 2021 via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

**Counsel for Plaintiff**
Michael R. Stallworth
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112

    _/s/ Stephen J. Moore_
    Attorney for Defendant