IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SAGE PINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-00772-CV-W-WBG |
| | ) |
| AMERICAN SHAMAN FRANCHISE SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On June 22, 2023, the parties filed a Stipulation of Dismissal with Prejudice. Doc. 72. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITH PREJUDICE** with each party to bear her or its own costs and fees.

**IT IS SO ORDERED.**

DATE: June 22, 2023

                                                                                         */s/ W. Brian Gaddy*
                                                                                         W. BRIAN GADDY
                                                                                         UNITED STATES MAGISTRATE JUDGE